1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DEXTER BROWN,                          No.  2:13-cv-1105 CKD P

12                    Plaintiff,

13          v.                                ORDER AND

14     EDMUND G. BROWN, et al.,               FINDINGS & RECOMMENDATIONS

15                    Defendants.

16

17          By an order filed June 13, 2013, plaintiff was ordered to file an in forma pauperis affidavit

18     or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would

19     result in a recommendation that this action be dismissed.  The thirty day period has now expired,

20     and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit

21     or paid the appropriate filing fee.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to

23     this action.

24          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

25          These findings and recommendations are submitted to the United States District Judge

26     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27     after being served with these findings and recommendations, plaintiff may file written objections

28     with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / brow1105.fifp